UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-3207 DSF (CTx) | Date | 4-25-11 |
|---|---|---|---|
| Title | Benson Young v. City of Los Angeles | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE SANCTIONS AND ORDER RE MEMO OF CONTENTIONS

On September 28, 2010, Defendants filed the parties' stipulation to continue the trial to June 1, 2011 or some other date acceptable to the Court. On September 30, 2010, the Court approved the stipulation, setting the trial date of May 31 and setting a pretrial conference date of April 25. On April 25 only counsel for plaintiff appeared.

Despite the Court's order that plaintiff's memorandum of contentions be filed no later than February 11, 2010, that document still has not been filed. Plaintiff's counsel is ordered to file a memorandum of contentions no later than April 29 or sanctions will be imposed.

Defense counsel failed to appear for the pretrial conference. Counsel Arias is ordered to show cause why he or the Office of the City Attorney should not be sanctioned in the amount of $250 for counsel's failure to appear.

The pretrial conference is continued to May 2 at 1:30 p.m.

IT IS SO ORDERED.