UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 08-3207 DSF (CTx) | Date | 11/14/11 |
|---|---|---|---|
| Title | Benson Young v. City of Los Angeles, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show cause re Sanctions and Order Setting Trial Date and Additional Pretrial Conference Date

   On August 29, the Court ordered the parties to meet and confer and provide to the Court agreed-upon dates for trial. Despite the Court's Order and several reminders from the Court's courtroom deputy clerk, the parties have failed to do so. The failure of counsel to comply with the Court's orders has interfered with the Court's ability to manage its calendar. Therefore, the Court orders all counsel to show cause in writing no later than noon on November 14 why they should not each be sanctioned in the amount of $200. A hearing on this issue will be held on November 21, 2011 at 3:00 p.m.

   The Court sets this matter for trial on November 22, 2011 at 8:30 a.m. An additional pretrial conference will be held on November 21, 2011 at 3:00 p.m.

   IT IS SO ORDERED.