JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENSON YOUNG,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, etc., et al.,<br><br>        Defendants. | CASE NO. CV 08-03207 DSF (CTx)<br><br>**JUDGMENT** |

The Court having previously granted dismissal or summary judgment as to all Defendants and all claims except Plaintiff's claims against Defendant Gilbert Curtis for violations of the First, Fourth, and Fourteenth Amendments, the remaining claims having come on regularly for trial by jury, the jury having deliberated and returned a special verdict as to Defendant Gilbert Curtis as to all claims,

IT IS ORDERED, ADJUDGED AND DECREED:

1.   That judgment be, and is, entered in favor of all Defendants and against the

1         Plaintiff;

2    2.    That the Plaintiff shall take nothing;

3    3.    That the Defendants recover their costs of suit.

        2/6/12

Dated:_____      _____
                                                  DALE S. FISCHER
                                                  United States District Judge